# ELECTRONIC RECORD

COA # 05-14-01365-CR          OFFENSE: OTHER CRIMINAL

STYLE: Terrance Germaine Wilkins v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED AS MODIFIED          TRIAL COURT: Criminal District Court No. 6

DATE: 08/04/15          Publish: NO          TC CASE #: F10-62224-X

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Terrance Germaine Wilkins v. The State of Texas          CCA #: 1122-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**